**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK GEIB, | : |
| Plaintiff, | : CIVIL NO. 3:CV-04-1923 |
| v. | : (Judge Caputo) |
| JEFF JAMES, et al., | : |
| Defendants. | : |

## O R D E R

Frederick Geib, an inmate at the State Correctional Institution at Waymart, Pennsylvania, filed this civil rights action under 42 U.S.C. §1983.  Pending before the Court is the Plaintiff's third motion for appointment of counsel (Doc. 54).  Plaintiff has failed to set forth new facts which would alter the Court's prior denials (Docs. 20 and 45) of Plaintiff's first two motions (Docs. 4 and 33) for appointment of counsel.  Therefore, Plaintiff's motion for appointment of counsel will be denied.  In the event, however, that future proceedings demonstrate the need for counsel, the matter may be reconsidered either by the court, on its own initiative, or upon a properly filed motion by the Plaintiff.

**AND NOW, THEREFORE, THIS 27th DAY OF APRIL, 2005, IT IS HEREBY ORDERED THAT** Plaintiff's third motion for appointment of counsel (Doc. 54) is **DENIED**.  If future proceedings demonstrate the need for counsel, the matter may be reconsidered either by the court, on its own initiative, or upon a motion properly filed by the Plaintiff.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge