IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK GEIB,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL NO. 3:CV-04-1923 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| | : | |
| **JEFF JAMES, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

Frederick Geib, an inmate at the State Correctional Institution at Waymart ("SCI-Waymart"), Pennsylvania, commenced this civil rights action with a *pro se* complaint under 42 U.S.C. §1983.  Geib claims that his hand was injured at SCI-Waymart, and he is seeking monetary damages and medical care for the injury.  Previously, Plaintiff filed a "motion to request information" (Doc. 22) and a motion for preliminary injunction (Doc. 46). Since Plaintiff failed to file a brief in support of the motions within the time prescribed in M.D.Pa.L.R. 7.5, the motions were deemed withdrawn by the Court in an Order dated June 2, 2005 (Doc. 60).  Currently pending is Plaintiff's motion for enlargement of time (Doc. 64) to file briefs in support of the withdrawn motions and Plaintiff's motion to reconsider (Doc. 69) the prior Order deeming the motions withdrawn.

Since the motion for enlargement of time to file briefs in support of the motions was filed nearly two (2) weeks after the motions were deemed withdrawn, and more than three (3) months after the latter motion was filed, Plaintiff's motion for enlargement of time to file briefs in support of the motions will be denied.  Moreover, since Plaintiff does not set forth a

manifest error of law or fact, nor present newly discovered precedent or evidence which, if discovered previously, might have affected the Court's decision, his motion for reconsideration will be denied.  *See Harsco Corp. v. Zlotnicki*, 779 F.2d 906 (3d Cir. 1985).

**ACCORDINGLY, THIS 25th DAY OF JANUARY, 2006**, Plaintiff's motion for enlargement of time (Doc. 64) to file briefs in support of his withdrawn motions and Plaintiff's motion for reconsideration (Doc. 69) are **DENIED**.

    /s/ A. Richard Caputo  
    A. RICHARD CAPUTO  
    United States District Judge